# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

138395(136)

TRACY NEAL, on behalf of herself and
all others similarly situated,
          Plaintiffs-Appellees,

v

SC: 138395
COA: 285232
Washtenaw CC: 96-006986-CZ

DEPARTMENT OF CORRECTIONS,
KENNETH MCGINNIS, JOAN YUKINS,
SALLY LANGLEY, CAROL HOWES,
ROBERT SALIS, CORNELL HOWARD,
MARTIN TATE, THOMAS PORTMAN,
WILLIAM ELLISON, CHRISTOPHER
GALLAGHER, RODERICK ROBEY, WILLIAM
OVERTON, CLARICE STOVALL, NANCY
ZANG, JOHN ANDREWS, JAN BALDWIN,
WES BONNEY, DAVID CRUKSHANK,
JOSEPH DURIGON, DAVID HABITZ,
EDWARD HOOK, JACK HUTCHINS,
DENNIS IFORD, DERLE JONES,
ART LANCASTER, ERIN RICHARDSON,
ANTHONY SIMMONS, FRED WELCH,
LYNN WILLIAMS, CHARLES WILLIAMS,
          Defendants-Appellants.

_____

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2010

_____
Clerk